UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-00186-D-1

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| MARY BETH HARDY | ) | |

THIS MATTER COMING before the Court on the Defendant's motion to seal the motion to continue sentencing, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

SO ORDERED.

This _31_ day of July, 2020.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE